SOPHIE FLOOR, Appellant, *v.* EDWARD FLOOR, Respondent.

(Submitted March 24, 1930; decided April 1, 1930.)

*Chester T. Krouse* for motion.

No one opposed.

Motion granted and appeal dismissed, without costs.